IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID MCGOWAN, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| KEVIN RANSOM, et al., | : | NO. 19-3262 |
| Respondents. | : | |

## ORDER

**AND NOW**, this 9th day of August, 2019, for the reasons set forth in the accompanying memorandum, it is **ORDERED** that Petitioner shall **SHOW CAUSE** in writing on or before September 23, 2019 why the undersigned should not recommend that his habeas petition be dismissed as untimely and/or on grounds of procedural default.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE